IN THE UNITED STATES DISCRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GWENETTE LAWRENCE, on behalf of D.U., a minor, : : : Plaintiff, : : vs. : VALDOSTA CITY SCHOOL DISTRICT,: : Defendant. : : | CASE NO.: 7:22-cv-00018-HL |

## ORDER AUTHORIZING PRODUCTION OF RECORDS PURSUANT TO 20 U.S.C. 1232g(b)(2)(B) and 34 C.F.R. § 99.31(a)(9)

The Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, generally prohibits Defendant Valdosta City School District and its employees from disclosing personally identifiable information from a student's education records. FERPA permits disclosure of a student's personally identifiable information in education records in response to a judicial order if an educational agency makes a reasonable effort to notify the parent or eligible student of the order in advance of compliance. 20 U.S.C. § 1232(g)(b)(2)(B); 34 C.F.R. § 99.31(a)(9). The Parties through their counsel having moved for an order authorizing the production of certain student records relevant to the issues presented in this litigation, the Court, having carefully considered the same and finding it to meet the purposes of FERPA, hereby issues the following orders pertaining to the production of student records:

1. Counsel for Defendant shall immediately mail a copy of this order to those students whose records and information are requested: the cover letter that will be used is attached and marked as Exhibit A;

1

2. If students or parents receiving this order have an objection to production of the information and documents sought in the Plaintiff's discovery requests, they must send a written objection to this Court within fourteen (14) days from the date of this order and mail a copy to Plaintiff's attorneys and to Defendant's attorneys at their addresses listed in this order;

3. Within three (3) business days of the expiration of the fourteen (14) day period to make an objection, the Valdosta City School District shall release the information or documents sought in the Plaintiff's requests concerning the records of A.H., unless he or someone on his behalf has filed an objection with this Court. Valdosta City School District shall have ten (10) business days from the expiration of the fourteen (14) day period to make an objection with regard to Plaintiff's requests for any other student's records, except as to the students on whose behalf objections have been filed with this Court. If objections are filed on behalf of any student, the Court will address objections in due course, likely via written order after giving the parties an opportunity to respond to the objections in writing. If necessary, the Court will schedule a hearing to address objections at a later date;

4. All students' educational records and information produced shall be designated as "Confidential Documents." These documents may be used in discovery and do not need to have redacted names or identifiers for this initial production. Such versions of the documents may not be filed, and the Parties shall keep such documents otherwise private and confidential. Any further use of the documents can be only under the Local Rules and consistent with the Court's rules of redaction and shall be filed as protected and confidential documents under seal.

3

**SO ORDERED,** this __6th__ day of June, 2022.

s/Hugh Lawson
_____
**HUGH LAWSON, SENIOR JUDGE UNITED STATES DISTRICT COURT**
